davidboercpl

LEONARDO RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL -9 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00036 |
| Plaintiff, | **COMPLAINT** |
| vs. | FALSE STATEMENT [18 U.S.C. § 1001] |
| DAVID EVAN DEN BOER, | THEFT OF GOVERNMENT PROPERTY (Misdemeanor) |
| Defendant. | [18 U.S.C. § 641] |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

**COUNT I - FALSE STATEMENT**

On or about and between June 03, 2005 and June 30, 2005, in a matter within the jurisdiction of the Eastern and Western Districts of Texas, the Defendant, DAVID EVAN DEN BOER, knowingly and willfully made and used a false document, to wit, a NAVCOMPT Form 3065, knowing the same to contain a false and fraudulent material statement and entry, in that the defendant used the above referenced false and fraudulent document containing to procure military (AMC) flights, at government expense, from San Antonio, Texas, to Travis AFB,

**ORIGINAL**

California, from Travis AFB, California to Hickam AFB, Hawaii, from Hickam AFB, Hawaii to Andersen AFB, Guam and from Andersen AFB, Guam to Yokota AB, Japan all in violation of Title 18, United States Code, Section 1001.

## COUNT II - THEFT OF GOVERNMENT PROPERTY

On or about and between June 14, 2005 and July 7, 2005, in a matter within the jurisdictions of the Western District of Texas, the Eastern District of California, the District of Hawaii and the District of Guam, the defendant, DAVID EVAN DEN BOER, knowingly and willfully did steal and purloin military (AMC) flights, of the value of less than $1,000.00, of the goods and property of the United States, all in violation of Title 18, United States Code, Section 641.

COMPLAINANT FURTHER STATES:

1. My name is Earl K. Lesniak II, I am a Special Agent with the Air Force Office of Special Investigations (AFOSI). I was trained at the United States Air Force OSI Academy and I graduated in December 1997. I have been an agent for over 7 years and participated in the investigation of over 70 criminal cases.

2. On July 7, 2005, I was notified by AFOSI agents at Yokota AB, Japan that they were involved in an investigation of an individual who had forged a NAVCOMPT Form 3065. The forgery was done by DAVID EVAN DEN BOER. The purpose of the forgery was to permit DAVID EVAN DEN BOER to board military aircraft and travel on those aircrafts to foreign locations.

3. Further investigation disclosed that DAVID EVAN DEN BOER may be an inactive

2

member of the Navy reserve.

4. Based upon his drivers license DAVID EVAN DEN BOER appears to be a resident of Houston, Texas.

5. Questioning of DAVID EVAN DEN BOER revealed that while in Texas he forged a Navy leave request and authorization, NAVCOMPT Form 3065. He then traveled to San Antonio, TX, where he boarded a military aircraft with the forged documents and flew from Kelly AFB, TX, to Travis AFB, California. From Travis AFB, California, again using fraudulent Navy leave request and authorization, NAVCOMPT Form 3065, flew from Travis AFB, California to Hickam AFB, Honolulu. Once in Honolulu he again boarded a military aircraft and flew to Andersen AFB, Guam. DAVID EVAN DEN BOER then used the same fraudulently completed form on July 5, 2005 and boarded a military aircraft in Guam and traveled to Yokota AB, Japan.

6. Once in Japan, he spent two days hanging around and sleeping in the Air Terminal. He was noticed by Security Forces personnel who inquired about his presence and what he was doing in Japan. It was then discovered that he had in his possession a list of names and contact numbers in various Moslem countries. He mentioned his intention to purchase Moslem attire so that he could better blend in at his intended destination. It was then discovered that he had in his possession the documents he forged in Texas. DAVID EVAN DEN BOER admitted to having forged the documentation, more specifically the Navy leave request and authorization, NAVCOMPT Form 3065.

7. DAVID EVAN DEN BOER also had in his possession a list of names and contact telephone numbers of people in foreign countries. Some of the countries were Turkey, and

3

Dubai. In addition, DAVID EVAN DEN BOER possessed a commercial travel ticket/reservation from Singapore to Taiwan and a return to Singapore. The dates of these reservations were July 14, 2005, to Taiwan from Singapore and July 18, 2005, from Taiwan returning to Singapore.

8. DAVID EVAN DEN BOER's United States Passport was issued on June 14, 2005, and an International Driver's License was issued on June 14, 2005.

9. In addition, DAVID EVAN DEN BOER, had a military identification card which was issued on June 1, 2005. However, at the dates and times involved in this case DAVID EVAN DEN BOER was in a civilian status.

10. The Federal Bureau of Investigation has been contacted and are doing further investigation regarding the suspicious nature of DAVID EVAN DEN BOER's travel, his list of foreign contacts and his other travel plans.

11. At no time was DAVID EVAN DEN BOER entitled to travel on military aircraft unless he had appropriate official documentation, which he did not possess and was not entitled to possess, at the time and date of travel.

12. The value of the travel on the military aircraft may be in excess of $1,000.00 in United States currency, however, confirmation on the amount of loss is pending.

13. Based upon the information provided herein, I respectfully submit that probable cause exists that DAVID EVAN DEN BOER, in the United States of America, more specifically in the Eastern and Western Districts of Texas, the Eastern District of California, the District of Hawaii and the District of Guam, has committed the offense of theft of government property, in

//

//

4

//

violation of Title 18, United States Code, Section 641 and in the Eastern or Western Districts of Texas committed the offense of false statement, in violation of Title 18, United States Code, Section 1001.

DATED this 9th day of July, 2005.

_____
Earl K. Lesniak II
Special Agent
Air Force Office of Special Investigations

SWORN AND SUBSCRIBED TO before me on this 9th day of July, 2005.

_____
ROBERT M. TAKASUGI*
United States District Judge
District Court of Guam

* The Honorable Robert M. Takasugi, United States Senior District Judge for Central California, by designation.

5