AO 442 (Rev. 10/03) Warrant for Arrest

FILED
DISTRICT COURT OF GUAM
JUL 11 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

**DAVID EVAN DEN BOER**

**WARRANT FOR ARREST**

Case Number: MG-05-00035 (unsealed) ②

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DAVID EVAN DEN BOER**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

**COUNT I - FALSE STATEMENT** [18 U.S.C. § 1001]

**COUNT II - THEFT OF GOVERNMENT PROPERTY (MISDEMEANOR)** [18 U.S.C. § 641]

in violation of Title _____ United States Code, Section(s) _____

**ROBERT M. TAKASUGI**
Name of Issuing Officer

Signature of Issuing Officer

**DESIGNATED JUDGE, DISTRICT COURT OF GUAM**
Title of Issuing Officer

**JULY 9, 2005; HAGATNA, GUAM**
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

HAGATNA, GUAM AT 8:00pm

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-10-05 | s/DUSM FRANKLIN J. TAIMANGLO | s/DUSM Franklin J. Taimanglo |
| DATE OF ARREST 7-10-05 | | |

ORIGINAL

Case 1:05-mj-00036   Document 2   Filed 07/11/2005   Page 1 of 1