FILED
DISTRICT COURT OF GUAM
JUL 1 1 2005
MARY L.M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CRIMINAL CASE NO. 05-00036 |
|---|---|
| Plaintiff, | |
| vs. | O R D E R |
| DAVID EVAN DEN BOER, | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above entitled case.

Dated this 11th day of July, 2005.

JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM