FILED
DISTRICT COURT OF GUAM
JUL 11 2005
MARY L.M. MORAN
CLERK OF COURT



## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

### CRIMINAL MINUTES

**CASE NO.** MG-05-00036          **DATE:** 07/11/2005          **TIME:** 2:20:18 - 2:26:30

**HON.** JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE          Law Clerk: JUDITH HATTORI

Official Court Reporter: WANDA MILES          Courtroom Deputy: Leilani Toves Hernandez

Court Recorder: Leilani Toves Hernandez          CSO: F. TENORIO

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* **A P P E A R A N C E S** \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFT:** DAVID EVAN DEN BOER          **ATTY :** KIM SAVO

( ✔ ) PRESENT  ( ✔ ) CUSTODY  ( ) BOND  ( ) P.R.          ( ✔ ) PRESENT  ( ) RETAINED  ( ✔ ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** JOSEPH TOCK          **AGENT:**

**U.S. PROBATION:** ROSANNA VILLAGOMEZ-AGUON          **U.S. MARSHAL:** F. TAITAGUE

**INTERPRETER:**          **LANGUAGE:**

**PROCEEDINGS:** INITIAL APPEARANCE RE COMPLAINT

( ✔ ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED

FEDERAL PUBLIC DEFENDER _____ APPOINTED TO REPRESENT THE DEFENDANT

( ) DEFENDANT SWORN AND EXAMINED

                AGE:                SCHOOL COMPLETED:

( ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES

( ) COURT QUESTIONS DEFENDANT(S)  REGARDING THEIR PHYSICAL AND MENTAL CONDITION

( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT


**PRELIMINARY EXAMINATION SET FOR:**  July 20, 2005 at 2:00 p.m.

**ARRAIGNMENT SET FOR:**

**TRIAL SET FOR:**

**PROCEEDINGS CONTINUED TO:**


( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)

( ✔ ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR

                ( ) *PROCESSING*     ( ✔ ) *DETENTION*

**NOTES:**

Defendant was advised of his rights and the charges brought against him.  The Court stated that based on the PreTrial Services Report, detention is recommended.  Government stated that they opposed release and argued his reasons. Defense had no objections.

Accordingly, the Court remanded the defendant into custody.