DenBoer.MDC

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332/7283
FAX: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUL 27 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID EVAN DEN BOER, ) <br> ) <br> Defendant. ) | MAGISTRATE CASE NO. 05-00036 <br><br> **MOTION TO DISMISS COMPLAINT AND ORDER** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint in the above cause against defendant, DAVID EVAN DEN BOER be dismissed for the reason that defendant was indicted in Criminal Case Number 05-00057.

\\
\\
\\
\\
\\

-1-

Said Indictment has incorporated similar criminal acts described in the Complaint.

RESPECTFULLY SUBMITTED this 22nd day of July, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JOSEPH TOCK
Special Assistant U.S. Attorney

**SO ORDERED** this  27th  day of July, 2005.

_____
FRANCES TYDINGCO-GATEWOOD
Designated Judge
District Court of Guam



RECEIVED
JUL 22 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM